UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| REDA MALEK ATTIA,<br><br>          Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>          Defendant. | CASE NO.: 3:15-CV-00080-RCJ-VPC<br><br>O R D E R |

    The Court has considered the Report and Recommendation of United States Magistrate (ECF #12) entered on July 28, 2015, in which the Magistrate Judge recommends the Court deny Defendant's Motion to dismiss (ECF #8).  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

    ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #12).

    IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (ECF #8 ) is **DENIED.**

    IT IS FURTHER ORDERED that defendant shall have file an answer on or before Wednesday, September 30, 2015.

    IT IS SO ORDERED this 25th day of August, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE