UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

REDA MALEK ATTIA,

           Plaintiff,

vs.

CAROLYN COLVIN,
Acting Commissioner of Social Security,

           Defendants.

3:15-CV-0080-RCJ (VPC)

**ORDER**

February 22, 2016

       This report and recommendation is made to the Honorable Robert C. Jones, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR IB 1-4.

       On September 28, 2105, the court issued an order concerning review of social security cases (#17). Pursuant to the order, plaintiff was required to file a motion for reversal or remand on or before October 28, 2015. *Id.* To date, plaintiff has failed to file any motion in this case.

       Based upon the foregoing, the undersigned magistrate judge recommends that this action be dismissed without prejudice.

       The parties should be aware of the following:

       1.    They may file, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, specific written objections to this Report and Recommendation within fourteen (14) days of receipt. These objections should be titled "Objections to Magistrate Judge's Report and

1  Recommendation" and should be accompanied by points and authorities for consideration by the District
2  Court.

3     2.    This Report and Recommendation is not an appealable order, and any notice of appeal
4  pursuant to Rule 4(a)(1), Fed. R. App. P., should not be filed until entry of the District Court's judgment.

## **RECOMMENDATION**

For the reason stated above, the undersigned Magistrate Judge recommends that the District Court enter an order **DISMISSING** this action without prejudice.

Dated: February 22, 2016.

_____
UNITED STATES MAGISTRATE JUDGE